UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 6/6/2008     CASE NUMBER: 08-15844M-001-SD

USA vs. Hector David Quevedo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    #: 70BK

A.U.S. Attorney _____ INTERPRETER _____
LANGUAGE English
Attorney for Defendant Brenda Acosta Sandoval (AFPD-for this hearing only)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 6/4/2008
- ☒ Initial Appearance
- ☒ Appointment of counsel hearing held
- ☐ Financial Afdvt taken
- ☒ Defendant Sworn
- ☐ Financial Afdvt sealed
- ☐ Rule 5(c)(3)
- ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for: **6/10/08 at 9:30 a.m.**
Before: **Judge Leo S. Papas - San Diego, CA**
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for: **6/19/08 at 9:30 a.m.**
Before: **Judge Leo S. Papas - San Diego, CA**
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**ATTORNEY APPOINTMENT HRG:**
☐ Held ☐ Con't ☐ Reset
Set for: **6/10/08 at 9:30 a.m.**
Before: **Judge Leo S. Papas - San Diego, CA**

Other: _____

Recorded by Courtsmart (IA: 5 Min)
BY: Jocelyn M. Arviso
Deputy Clerk