DATE: 6/6/2008          CASE NUMBER: 08-15844M-001-SD - **AMENDED**

USA vs. Hector David Quevedo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER _____
                                       LANGUAGE   English
Attorney for Defendant Brenda Acosta Sandoval (AFPD-for this hearing only)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY
DOA 6/4/2008          ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ Defendant Sworn           ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)             ☒ Defendant states true name to be **Juan Loya**. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for: 6/10/08 at 9:30 a.m.<br>Before: **Judge Leo S. Papas - San Diego, CA**<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **ATTORNEY APPOINTMENT HRG:** |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 6/19/08 at 9:30 a.m.<br>Before: **Judge Leo S. Papas - San Diego, CA**<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br>Set for: 6/10/08 at 9:30 a.m.<br>Before: **Judge Leo S. Papas - San Diego, CA** |

Other: _____

Recorded by Courtsmart (IA: 5 Min)
BY: Jocelyn M. Arviso
Deputy Clerk